IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CHIANCONE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 20-cv-4857 |
| **BAYADA HOME HEALTH CARE, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 21st day of April, 2022, upon consideration of Defendant Bayada Home Health Care Inc.'s "Motion to Dismiss" (ECF Nos. 12-13), and Plaintiff Michelle Chiancone's response in opposition (ECF No. 13), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part and DENIED in part** as follows:

1. Defendant's Motion is **DENIED** as to Plaintiff's wrongful termination claim;

2. It is **FURTHER ORDERED** that Plaintiff's claim under the Pennsylvania Whistleblower Law, 43 Pa. Stat. § 1421 et seq, is **DISMISSED without prejudice**. **Within thirty (30) days of the date this Order**, Plaintiff may file an Amended Complaint to attempt to cure, if she can do so in good faith, the deficiencies outlined in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**